IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BENJAMIN MUHAMMAD, et al.**
**ADC # 89586**                                                                          **PLAINTIFFS**

**V.**                           **CASE NO. 5:12CV00412 KGB/BD**

**JERRY JACKS,** *et al.*                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 13th day of February, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE